UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THYSSENKRUPP ELEVATOR
CORPORATION,

    Plaintiff,

v.                                                            Case No:  2:13-cv-202-Ftm-29SPC

LARRY HUBBARD, JR. ,

    Defendant.
_____/

## **ORDER**

    This matter comes before the Court on the Defendant Larry Hubbard, Jr.'s Motion to Extend Time for Filing Responses to Plaintiff's Motion for Preliminary and Permanent Injunction (Doc. #21) filed on April 23, 2013.  The Plaintiff, Thyssenkrupp, filed its Response in Opposition (Doc. # 24) on May 7, 2013.  The Motion is fully briefed and ripe for the Court's review.

    The Defendant moves the Court to extend the deadline to respond to the Plaintiff's Motion for a preliminary and permanent injunction until after the Court rules on his pending Motion to Dismiss (Doc. # 20) filed on April 18, 2013.  As grounds, the Defendant says he strongly disagrees with the allegations in the Complaint and if his Motion to Dismiss is granted the issues in this case will be greatly reduced and narrowed.

    The Defendant Hubbard previously moved the Court in a Joint Motion to allow limited discovery on the injunction issue.  The Court granted the Joint Motion for Limited Expedited Discovery and allowed up to June 12, 2013, to complete expedited discovery.  Therefore, the responses to the preliminary and permanent injunctions are not due until the discovery period is

closed.  The Defendant may revisit the issue after the expedited discovery period, however; the Motion is moot until that time.

Accordingly, it is now

**ORDERED:**

The Defendant Larry Hubbard, Jr.'s Motion to Extend Time for Filing Responses to Plaintiff's Motion for Preliminary and Permanent Injunction (Doc. #21) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida this 15th day of May, 2013.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record